## NORRIS *v.* THE STATE.

From the Union Circuit Court.

*T. D. Evans, J. M. Cropsey* and *C. M. Cooper*, for appellant.
*T. W. Woollen*, Attorney General, for the State.

SCOTT, J.—This was a prosecution for selling "one gill of whiskey" without license. The same question is made in this case as that decided in the case of *Arbintrode* v. *The State*, 67 Ind. 267.

Upon the authority of that case, the judgment in this case must be reversed.

Judgment reversed. Cause remanded, with instructions to the circuit court to sustain the motion to quash the indictment.

---

## THE BOARD OF COMMISSIONERS OF GRANT COUNTY *v.* MILLER.

From the Grant Circuit Court.

*R. W. Bailey, A. Diltz, J. F. McDowell* and *G. L. McDowell*, for appellant.
*A. Steele, R. T. St. John, L. D. Baldwin* and —— *Baldwin*, for appellee.

SCOTT, J.—The questions in this case are the same as those decided in the case of *The Board of Commissioners of Grant County* v. *Woods, ante*, p. 356; and, on the authority of that case, the judgment in this case must be affirmed.

The judgment is affirmed, at the costs of the appellant.